UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Blier

       v.                       Civil No. 12-cv-449-JL

Creditors Interchange Receivable
Management, LLC

O R D E R

On November 26, 2012, the Complaint was filed in this case. A summons form was electronically issued on November 27. On February 27, 2013, an order was issued stating that the case would be dismissed without prejudice if a return of service or a motion to extend time to effect service was not received by March 26, 2013. As neither a motion nor return of service has been filed, it is herewith ordered that this case is dismissed without prejudice.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: April 2, 2013

cc: Angela K. Troccoli, Esq.